# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

December 11, 2022

New Case No.:

Lesa Maria Martino,
  Plaintiff
  Trustee of Parsons Woods Property

vs

 TRACI BRYANTON A/K/A TRACI SAMUEL A/K/A TRACI HUDSON
JOHN F. HAYTER, Attorney
JOHN F. HAYTER, ATTORNEY AT LAW, P.A.
MATTHEW D. WEIDNER, Attorney
MATTHEW D. WEIDNER, P.A.
CAROLINE TESCHE ARKIN, individually and in her official capacity as
Judge IN THE CIRCUIT COURT OF THE THIRTEENTH IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA
CLERK OF COURT, HILLSBOROUGH COUNTY
and
JOHN DOE I THROUGH X

DEFENDANT(s)

Related cases
Hillsborough County, Florida:
18CA5020, 16CP3532, 21CA0312

**VERIFIED COMPLAINT WITH REQUEST FOR INJUNCTION AND DEMAND FOR JURY TRIAL WITH NOTICE OF LIS PENDENS**

The plaintiff, Lesa Martino, has been subjected to Denial of access to court and denying Motion for Relief 1.540 with Request for hearing ignored by the court with Judge Caroline Tesche Arkin.

Clerk of Court has blocked any filings in the case by the plaintiff Martino.

Collusion and corruption with glaring evidence of real estate trafficking for self-enrichment by an alleged felon Traci Samuel Hudson and her attorneys Matthew Weidner and John Hayter.

**See attached Exhibit with Order denying filing and acting pro se in Case 18CA5020**

A lis pendens provides notice to third parties that a lawsuit has been filed concerning title to or some interest in the property. A lis pendens also protects a plaintiff from intervening liens that may impair or extinguish his or her claimed property rights. *Chiusolo v. Kennedy*, 614 So. 2d 491, 492 (Fla. 1993) ("The notice is . . . a cloud on the title that creates a priority for the party that filed the lis pendens if that party prevails in the pending litigation.). For a pending lawsuit against real property to operate as a lis pendens, a notice of lis pendens must be recorded in the official records in the county where the property is located. Fla. Stat. § 48.23(1)(a). The notice must include: the parties' names; the date of the institution of the lawsuit, the date of the clerk's electronic receipt or the case number of the lawsuit; the name

of the court in which the lawsuit is pending; a description of the property; and

a statement of the relief sought. Fla. Stat. § 48.23(1)(c)(1).

**See exhibit attached lis pendens notarized**

WHEREFORE, Plaintiff requests an injunction to prevent sale of property by John Hayter Esq. who illegally acquired property when non final appeals pending and has been trespassing on the property since February 2, 2022 and improper conversion of all personal property on the premises stolen.

Dated: December 11, 2022

Respectfully submitted,

/s/ *Lesa Martino*

_____

 LESA MARTINO

 Further affiant sayeth naught.

       Under penalties of perjury, I declare that I have read the foregoing and the facts stated in them are true.

                                                    /s/ *Lesa Martino*              12/11/2022

                                                    _____

                                                    LESA MARTINO              DATE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December 2022 a true and correct copy of the foregoing was served on all counsel and interested parties of record Via email and/or USPS mail.

Dated: December 11, 2022

Respectfully submitted,

/s/ *Lesa Martino*

_____

Lesa Martino
Plaintiff
Trustee of Parsons Woods Property

5448 Apex Peakway #146
Apex, NC 27502
Lesa.m.martino@gmail.com